United States District Court
Middle District of Florida
Jacksonville Division

**LaVerne Randolph,**

　　*Plaintiff,*

v.                                    No. 3:26-cv-370-MMH-PDB

**Blue Cross and Blue Shield of
Florida, Inc.,**

　　*Defendant.*

---

## Order

The plaintiff sues her former employer for alleged discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, and the Age Discrimination in Employment Act. Doc. 6. This order addresses service of process, a required disclosure statement, and the Local Rules.

### 1.

By **May 13, 2026**, the plaintiff must take three actions. <u>First</u>, she must complete the two required forms for service of process: (1) a summons in a civil action form (AO 440) and (2) a process receipt and return form (USM-285). The forms are attached. <u>Second</u>, she must deliver to the clerk's office, by hand or by U.S. Mail (300 North Hogan Street, Room 9-150, Jacksonville, FL 32202), the completed forms and a copy of the second amended complaint. Upon receipt of the papers from the plaintiff, the clerk must issue the summons and forward the papers to the United States Marshal for service of process. <u>Third</u>, she must

file a disclosure statement as required by Local Rule 3.03. The required form is in the "forms" section of the court's website, www.flmd.uscourts.gov/forms/all.

To properly effectuate service, the plaintiff must serve the defendant's registered agent. When completing the forms, the plaintiff must direct the United States Marshal to serve the defendant as follows:

> Blue Cross and Blue Shield of Florida, Inc.
> c/o Chief Financial Officer
> 200 E. Gaines Street
> Tallahassee, FL 32399

The court sua sponte **extends** the deadline for service of process to allow the United States Marshal sufficient time to serve the defendant. The United States Marshal must serve the completed summons with a copy of the second amended complaint and this order on the defendant by **June 29, 2026**.

If the plaintiff fails to timely comply with this order, the action may be dismissed, which would operate as a dismissal with prejudice if the statute of limitations has run on her claims.

**2.**

The plaintiff is **directed** to review and comply with the Local Rules, available on the court's website (www.flmd.uscourts.gov/sites/flmd/files/flmd-amended-local-rules-effective-november-01-2025.pdf). Local Rule 1.08 requires the use of certain typography (including double-spacing, specific typefaces, and generally, a 13-point font) to ensure readability and equal

content within page limits. If the plaintiff is unable to comply with the rule, she may move to suspend it.

**Ordered** in Jacksonville, Florida, on April 23, 2026.

Patricia D. Barksdale
United States Magistrate Judge

Attachments:
    AO 440 form
    USM-285 form

Copy to:
    LaVerne Randolph
    1157 West 8th Street
    Jacksonville, FL 32209